IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Ellric Alfred Giroux, II, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-62 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Cass County Jail, Clair Last Name | ) | |
| Unknown, Doris Last Name Unknown, and | ) | |
| Dr. Randi Swingen, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that the Complaint against the Cass County Jail be dismissed with prejudice (Doc. #15).  Plaintiff has not filed an objection within the requisite period of time.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's analysis and recommendation is appropriate.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, Defendant Cass County Jail is hereby **DISMISSED with PREJUDICE**.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2013.

*/s/   Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court